# Court of Appeals
# of the State of Georgia

ATLANTA,___July 09, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1618. JAVIN A. TAYLOR v. THE STATE.**

Javin Taylor pled guilty to burglary and other crimes, and his judgment of conviction was entered on September 24, 2012. On December 11, 2012, Taylor filed a notice of appeal to this Court. To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court. *GMC Group v. Harsco Corp.*, 293 Ga. App. 707 (667 SE2d 916) (2008). Because Taylor filed his notice of appeal 78 days after entry of the order he wishes to appeal, the appeal is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_07/09/2014_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*